1
2
3
4
5

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

6
7
8   NORTHWEST SHEET METAL WORKERS
    ORGANIZATIONAL TRUST, *et al.*,

9                              Plaintiffs,

        v.

10                                                    Case No. MC21-0073RSL

    MIKE MATTILA,                                     ORDER TO ISSUE
11                                                    WRIT OF GARNISHMENT

                               Defendant,
12      v.

13  MM COMFORT SYSTEMS,

14                             Garnishee.

15

16      This matter comes before the Court on plaintiff's "Applicant Affidavit for Writ of

17  Garnishment" for property in which the defendant/judgment debtor, Mike Mattila, has a

18  substantial nonexempt interest and which may be in the possession, custody, or control of the

19  garnishee, MM Comfort Systems. The Court having reviewed the record in this matter, it is

20  hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by

21  plaintiff's counsel on July 6, 2021, at Dkt. # 1-2.

22

23      Dated this 7th day of May, 2021.

24                              *MM S Lasnik*

25
26                              Robert S. Lasnik
                                United States District Judge