UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKER ORGANIZATIONAL TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIKE MATTILA, <br><br> Defendant, <br><br> v. <br><br> MM COMFORT SYSTEMS, <br><br> Garnishee. | Cause No. MC21-0073RSL <br><br> ORDER DENYING APPLICATION WITHOUT PREJUDICE |

This matter comes before the Court on an "Application for Judgment on Answer and Order to Pay" filed by plaintiffs, the judgment creditors, on February 8, 2022. There being no indication that the Writ of Garnishment or Application for Writ of Garnishment (including a copy of the underlying judgment) were served upon the judgment debtor either by personal service or by certified mail, the application for judgment is DENIED without prejudice.

Dated this 9th day of February, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING APPLICATION
WITHOUT PREJUDICE- 1